

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00176-CR

**HAROLD ANDREW PIVONKA,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 09-03777-CRF-361**

## ABATEMENT ORDER

Appellant's brief was originally due on or before February 27, 2013. In a letter dated March 7, 2013, the Court provided notice that unless a brief or satisfactory response was received within 14 days, the Court must abate the appeal and order the trial court to immediately conduct a hearing pursuant to Rule of Appellate Procedure 38.8(b)(2, 3). Neither Appellant's brief nor a response has been filed.

Because Appellant's brief was not filed within 14 days, we abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this order

in accordance with Texas Rule of Appellate Procedure 38.8(b)(2) and (3).  TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 35 days of the date of this Order.  *See id.*

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Cause abated
Order issued and filed April 11, 2013
Do not publish